IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO:  3:99cr90/RV
        3:02cv42/RV/MD

MANUEL ANGEL CORREA
_____

### ORDER

   The defendant has filed a notice of appeal (doc. 165) and a motion for certificate of appealability (doc. 166) with respect to the order entered on October 28, 2003 (doc. 159). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

   Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of October 28, 2003, a certificate of appealability is DENIED.

   No motion for leave to proceed *in forma pauperis* has been filed. The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal. Accordingly, the $255.00 filing fee shall be paid within 30 days from the date of this order.

   DONE AND ORDERED this 28th day of April, 2005.


            /s/ *Roger Vinson*  
            **ROGER VINSON**
            **SENIOR UNITED STATES DISTRICT JUDGE**